CLIFFORD JUNG (state bar # 181117)
JUNG & YUEN, LLP
888 South Figueroa Street, Suite 720
Los Angeles, California 90017
(213) 689-8880 (Telephone)
(213) 689-8887 (Facsimile)
clifford@jyllp.com

ELMER DEAN MARTIN III (state bar # 75517)
A Professional Corporation
22632 Golden Springs Drive Suite 190
P.O. Box 4670
Diamond Bar, California 91765
(909) 861-6700 (Telephone)
(909) 860-3801 (Facsimile)
elmer@bankruptcytax.net

Counsel for Center Bank

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>ROYA V. KAFAI,<br><br>Debtor | Case No. 8:09-bk-13598-RK<br><br>Chapter 11<br><br>Notice Of Center Bank's Conditional Non-Opposition to Debtor's Motion to Dismiss Her Chapter 11 Case<br><br>Hearing<br>Date:  February 1, 2010<br>Time:   2:30 p.m.<br>Courtroom: 5D |

1. TO THE MOVANT: Roya V. Kafai, Debtor.

2. NOTICE IS HEREBY GIVEN that Creditor Center Bank in the above-entitled proceeding conditionally does not oppose the granting of the following motion: Debtor's Motion to Dismiss Her Chapter 11 Case.

3. Center Bank's consent is conditioned on entry and recordation of the in rem relief from stay order requested in the Motion prior to the dismissal

c:\winword\pleadings\1t3704

1   as requested in the Motion and the relief as requested in the Motion is
2   granted.

4   Respectfully Submitted:  January 4, 2011

Elmer Dean Martin III, A Professional Corporation
By /s/ Elmer Dean Martin III
Elmer Dean Martin III, Co-Counsel for Center Bank

c:\winword\pleadings\1t3704

ELMER DEAN MARTIN III
POST OFFICE BOX 4670
DIAMOND BAR, CALIFORNIA 91765
(909)861-6700

-2-

| In re: ROYA V. KAFAI | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 8:09-bk-13598-RK |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
*22632 Golden Springs Drive, Suite 190*
*Diamond Bar, CA 91765*

A true and correct copy of the foregoing document described *Notice of Center Bank's Conditional Non-Opposition to Debtor's Motion to Dismiss Her Chapter 11 Case* will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On *January 4, 2011* I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Craig C Chiang    cchiang@buchalter.com
- Joey Deleon    joey.deleon@att.net
- Clare Gadd    cgadd@mosscodilis.com
- Jose A Garcia    ecfcacb@piteduncan.com
- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- H Vaughn Hapeman    vaughn@hvhlaw.com
- Clifford P Jung    clifford@jyllp.com, info@jyllp.com
- David F Makkabi    cmartin@pprlaw.net, dmakkabi@pralc.com
- Elmer D Martin    elmermartin@gmail.com
- Christopher M McDermott    ecfcacb@piteduncan.com
- Lee S Raphael    cmartin@pprlaw.net
- Cassandra J Richey    cmartin@pprlaw.net
- Ramesh Singh    claims@recoverycorp.com
- Eric J Testan    ecfcacb@piteduncan.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- J Scott Williams    jwilliams@williamsbkfirm.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On *January 4, 2011* I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*U.S. Mail:*
*Roya V. Kafai*
*4096 Beech Avenue*
*Yorba Linda, CA 92886*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**

| In re: ROYA V. KAFAI | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 8:09-bk-13598-RK |

*Honorable Robert N. Kwan*
*United States Bankruptcy Court - Central District of California*
*411 West Fourth Street, Suite 5165*
*Santa Ana, CA 92701-4593*

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I will serve the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| *01/04/11* | *Cynthia P. Miller* | */s/ Cynthia P. Miller* |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*     **F 9013-3.1**