J. Scott Williams, Esq., Bar No. 110173
THE WILLIAMS LAW FIRM, PLC
15615 Alton Pkwy, Suite 450
Irvine, CA 92618
Telephone (949) 660-8680
Facsimile (866) 284-8670

H. Vaughn Hapeman, SBN 057225
LAW OFFICES OF H. VAUGHN HAPEMAN
15615 Alton Parkway, Suite 175
Irvine, CA 92618
949/756-0161

Counsel for Debtor
And Debtor-in-Possession

FILED & ENTERED

MAR 29 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kent    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In re

ROYA V. KAFAI,
                Debtor

Case No. 8:09-bk-13598-RK

Chapter 11

ORDER GRANTING DEBTOR'S MOTION TO DISMISS HER CASE

Hearing
Date: February 8, 2011
Time: 2:30 p.m.
Courtroom: 5D

    The Debtor's Motion to Dismiss Her Chapter 11 case came on for hearing before the undersigned United States Bankruptcy Judge on regular notice on February 8, 2011 at 2:30 o'clock p.m. Elmer Dean Martin III appeared telephonically for Center Bank and indicated that Center Bank submitted on the Court's tentative opinion posted for the hearing. Having considered the Debtor's Motion and Center Bank's Conditional Non-Opposition to the Debtor's Motion and having received no other response to the Debtor's Motion,

IT IS HEREBY ORDERED:

1. Debtor's Motion is granted;

2. Center Bank is granted relief from stay under Title 11 U.S.C. §362 binding in any other bankruptcy case affecting the Santa Monica and Norco real properties referenced in the Motion filed not later than 2 years after the date of this order;

3. The legal descriptions of the Santa Monica and Norco real properties are attached hereto;

4. Adversary Proceeding Number 8:09-ap-01659-RK is remanded to the state court from which it was removed;

5. The automatic stay under Title 11 U.S.C. §362 is annulled insofar as it relates to the receivership proceeding referenced in Exhibit 2 of the Debtor's Motion;

6. Center Bank shall promptly record a copy of this order in the real property records of Los Angeles and Riverside Counties after it is entered by the Court and file with this Court a notice of completion of such recordation;

7. Upon receipt of Center Bank's notice of completion of recordation of this order this case shall be dismissed.

###

DATED: March 29, 2011

United States Bankruptcy Judge

-2-

## EXHIBIT 1- MOTION TO DISMISS

### Santa Monica Real Property Legal Description

REF. NO. CA-CEN-084095

LOT "T" IN BLOCK 88 OF TOWN OF SANTA MONICA, IN THE CITY OF SANTA MONICA, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 3 PAGES 80 AND 81 OF MAP, AND IN BOOK 39 PAGES 45 ET SEQ., OF MISCELLANEOUS RECORDS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY

### Norco Real Property Legal Description

REF. NO. CA-CEN-084096

ALL THAT PORTION OF LOT 3, BLOCK 25, RIVERSIDE ORANGE HEIGHTS TRACT NO. 2, IN THE CITY OF NORCO, AS SHOWN BY MAP ON FILE IN BOOK 7 PAGE(S) 54, OF MAPS, RECORDS OF RIVERSIDE COUNTY, CALIFORNIA, PARTICULARLY DESCRIBED AS FOLLOWS

BEGINNING AT THE SOUTHWEST CORNER OF SAID LOT 3;

THENCE NORTH 7°29' EAST ON THE WEST LINE OF SAID LOT, 410.91 FEET FOR THE TRUE POINT OF BEGINNING.

THENCE CONTINUING NORTH 7°29' EAST ON THE WEST LINE OF SAID LOT, 203.43 FEET, MORE OR LESS, TO THE SOUTH LINE OF THE NORTH 50 FEET OF SAID LOT 3, SAID NORTH 50 FEET BEING MEASURED ON THE EAST LINE OF SAID LOT 3;

THENCE EAST AND PARALLEL WITH THE NORTHERLY LINE OF SAID LOT, 818.95 FEET, MORE OR LESS, TO THE EAST LINE OF SAID LOT;

THENCE SOUTH ON THE EAST LINE OF SAID LOT, 201.69 FEET;

THENCE WEST AND PARALLEL WITH THE NORTHERLY LINE OF SAID LOT 3, 845.42 FEET TO THE POINT OF BEGINNING;

EXCEPTING THEREFROM THAT PORTION CONVEYED TO THE RIVERSIDE COUNTY FLOOD CONTROL AND WATER CONSERVATION DISTRICT IN DOCUMENT RECORDED AUGUST 12, 1971 AS INSTRUMENT NO. 90744 OF OFFICIAL RECORDS OF RIVERSIDE COUNTY, CALIFORNIA;

ALSO EXCEPTING THEREFROM THAT PORTION CONVEYED TO THE RIVERSIDE COUNTY FLOOD CONTROL AND WATER CONSERVATION DISTRICT IN DOCUMENT RECORDED JANUARY 29, 1997 AS INSTRUMENT NO. 30094 OF OFFICIAL RECORDS OF RIVERSIDE COUNTY, CALIFORNIA.

ALSO EXCEPTING THEREFROM THAT PORTION CONVEYED TO THE CITY OF NORCO, IN DOCUMENT RECORDED AUGUST 6, 2004 AS INSTRUMENT NO. 04-615709 OF OFFICIAL RECORDS.

ALSO EXCEPT THEREFROM THAT PORTION CONVEYED TO THE STATE OF CALIFORNIA IN DOCUMENT RECORDED JANUARY 11, 1985 AS INSTRUMENT NO. 6462 OFFICIAL RECORDS NOT PREVIOUSLY EXCEPTED.

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 15615 Alton Pkwy, Suite 175, Irvine, CA 92618.

A true and correct copy of the foregoing document described **ORDER GRANTING DEBTOR'S MOTION TO DISMISS HER CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on February 15, 2011 I served the following person(s) and/or entity(ies) by email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- Elmer D Martin    elmermartin@gmail.com
- Clifford P Jung    clifford@jyllp.com, info@jyllp.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 2/15/2011 | J. SCOTT WILLIAMS | /s/ J. Scott Williams |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

-3-

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER GRANTING DEBTOR'S MOTION TO DISMISS HER CASE** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **March 25, 2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Craig C Chiang    cchiang@buchalter.com
Joey Deleon    joey.deleon@att.net
Clare Gadd    cgadd@mosscodilis.com
Jose A Garcia    ecfcacb@piteduncan.com
Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
H Vaughn Hapeman    vaughn@hvhlaw.com
Clifford P Jung    clifford@jyllp.com, info@jyllp.com
David F Makkabi    cmartin@pprlaw.net
Elmer D Martin    elmermartin@gmail.com
Christopher M McDermott    ecfcacb@piteduncan.com
Lee S Raphael    cmartin@pprlaw.net
Cassandra J Richey    cmartin@pprlaw.net
Ramesh Singh    claims@recoverycorp.com
Eric J Testan    ecfcacb@piteduncan.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
J Scott Williams    jwilliams@williamsbkfirm.com

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Roya V. Kafai
4096 Beech Avenue
Yorba Linda, Ca. 92886

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below: